UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## APPEARANCE OF COUNSEL FORM

No. 13-4192

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

Yastrzemski Lipscombe _____as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

s/ T. Micah Leddy
(signature)

*If you have not been admitted to practice before the Fourth Circuit, you must complete and return an application for admission. If you were admitted to practice under a different name than you are using now, you must include your former name when completing this form so that we can locate you on the attorney roll.*

| T. Micah Leddy | 803-779-9966 |
|---|---|
| Name (printed or typed) | Voice Phone |
| The Leddy Law Firm, LLC | 803-753-0837 |
| Firm Name (if applicable) | Fax Number |
| 2008 Lincoln Street | |
| Columbia, SC 29201 | micah@leddylaw.com |
| Address | E-mail address (print or type) |

[ ] I am not participating in this case. Appellate counsel is:

_____    _____
(Name)                              (Phone)

### REGISTRATION AS AN APPELLATE ECF FILER

Electronic filing of documents by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

### CERTIFICATE OF SERVICE
**************************

I certify that on 12 June 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

s/ T. Micah Leddy                              12 June 2013
Signature                                       Date