## IN THE UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | APPEAL NO. 13-4192 |
| ) | | |
| Plaintiff-Appellee, ) | | |
| ) | | **MOTION FOR EXTENSION** |
| -vs- ) | | **OF TIME** |
| ) | | |
| ) | | |
| YASTRZEMSKI LIPSCOMBE, ) | | |
| Defendant - Appellant. ) | | |

NOW COMES Appellant, Yastrzemski Lipscombe, by and through his undersigned attorney, and would respectfully allege and move as follows:

1. Appellant's opening brief is due September 16, 2013.

2. Appellant has endeavored in good faith to complete its Brief and file same within the prescribed time frame; however, Appellant sees that additional time will be necessary to complete its Brief;

3. Appellant only recently received the transcripts in this case.

4. Appellant is counsel on a capital murder trial in State court that will go to trial beginning the week of October 7, 2013 and is not expected to conclude until the end of October.

5. Appellant believes that its Brief will be complete and filed no later than November 29, 2013.

6. Appellant has spoken with Assistant United State Attorney, Andrew B. Moorman, and he has no objection to the Court allowing an extension of time in this matter.

WHEREFORE, Appellant respectfully requests an extension of time to November 29, 2013 to file its brief.

                                                    Respectfully submitted,

                                                    s/T. Micah Leddy  
                                                    T. Micah Leddy  
                                                    Federal Court I.D. #10548  
                                                    2008 Lincoln Street  
                                                    Columbia, S.C. 29201  
                                                    Telephone: (803) 779-9966  
                                                    Email: micah@leddylaw.com

Columbia, South Carolina  
September 16, 2013