FILED: November 12, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4192

(8:12-cr-00024-HMH-5)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

YASTRZEMSKI LIPSCOMBE, a/k/a O

  Defendant - Appellant

_____

O R D E R

_____

  Appellant's motion for extension of time to file the opening brief and joint appendix is denied. The denial is without prejudice to the filing of a new motion to extend filing time, accompanied by the opening brief and joint appendix, to be filed within fourteen days of the date of this order.

       For the Court--By Direction

          /s/ Patricia S. Connor, Clerk