FILED: June 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4192
(8:12-cr-00024-HMH-5)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

YASTRZEMSKI LIPSCOMBE, a/k/a O

    Defendant - Appellant

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

For the Court

/s/ Patricia S. Connor, Clerk